# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | District Massachusetts |
|---|---|
| Name (under which you were convicted): John Delaney | Docket or Case No.: |
| Place of Confinement: MCI-Concord Minimum | Prisoner No.: W65957 |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| John Delaney           v. | James Saba, Superintendent, Northeast Correctional Center |
| The Attorney General of the State of   Massachusetts | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: __Suffolk Superior Court, John Adams Courthouse, 14th Floor, Three Pemberton Square, Boston, MA 02108__

   (b) Criminal docket or case number (if you know): __SUCR1996-11860__

2. (a) Date of the judgment of conviction (if you know): __January 28, 1999__

   (b) Date of sentencing: __January 28, 1999__

3. Length of sentence: __Four to six years in state prison, with three years probation on and after__

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: __Assault with intent to kill__
   __Assault and battery with a dangerous weapon__

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒     (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐          (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __N/A__

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒    No ☐

9. If you did appeal, answer the following:

(a) Name of court: Commonwealth of Massachusetts Appeals Court

(b) Docket or case number (if you know): 00-P-775

(c) Result: Judgments affirmed; denial of motion for new trial affirmed

(d) Date of result (if you know): July 22, 2003

(e) Citation to the case (if you know): Unpublished opinion pursuant to Rule 1:28

(f) Grounds raised: I. Evidence of refusal to comply with search warrant violated the Massachusetts constitution and was fundamentally unfair. II. Evidence of post-arrest, post-Miranda silence violated state and federal constitutions. III. Instruction on excessive force in self-defense relieved the Commonwealth of its burden to prove intent to kill and removed an element from the jury's deliberations. IV. Instruction on excessive force in self-defense misstated the burden of proof. V. Judge unconstitutionally removed the element of dangerousness from the jury's consideration. VI. Prosecutor improperly argued in closing that the complainant was "not on trial".

(g) Did you seek further review by a higher state court?    Yes ☒    No ☐

If yes, answer the following:

(1) Name of court: Massachusetts Supreme Judicial Court

(2) Docket or case number (if you know): SJC-09125

(3) Result: Convictions affirmed; order denying motion for new trial affirmed.

(4) Date of result (if you know): September 2, 2004 (petition for rehearing denied September 30, 2004

(5) Citation to the case (if you know): 442 Mass. 604 (2004)

(6) Grounds raised: Each of the grounds raised before the Appeals Court. (Def. Suppl. Br. at 5). In addition: I. Admission of refusal evidence violated state constitution, precedent to the contrary has been abandoned. II. Admission of refusal evidence was fundamentally unfair where the evidence was not probative of consciousness of guilt and the police affirmatively misled Delaney

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

If yes, answer the following:

(1) Docket or case number (if you know): N/A

Page 4

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

   Yes ☒   No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: Suffolk Superior Court
       (2) Docket or case number (if you know): SUCR1996-11860
       (3) Date of filing (if you know): October 6, 2004
       (4) Nature of the proceeding: Motion to Revise and Revoke Sentence
       (5) Grounds raised: Court should reduce Delaney's sentence because:
           (1) Delaney provides care for his elderly parents and is a person of good character
           (2) Delaney's good behavior while on bail for two years shows that he is not at risk to re-offend. Also Delaney has no record of defaults.

       _____
       _____
       _____
       _____
       _____

       (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☒
       (7) Result: Motion denied.
       (8) Date of result (if you know): November 16, 2004

   (b) If you filed any second petition, application, or motion, give the same information:
       (1) Name of court: N/A
       (2) Docket or case number (if you know): _____
       (3) Date of filing (if you know): _____
       (4) Nature of the proceeding: _____
       (5) Grounds raised: _____
       _____
       _____
       _____

_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ❏   No ❏

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: __N/A_____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?     Yes ❏   No ❏

    (7) Result: _____

    (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? N/A

    (1) First petition:     Yes ❏   No ❏
    (2) Second petition:   Yes ❏   No ❏
    (3) Third petition:    Yes ❏   No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

Case 1:05-cv-11336-MLW   Document 1   Filed 06/24/2005   Page 4 of 14

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Violation of due process right to fundamental fairness by admission of evidence of Delaney's reasonable but mistaken refusal to comply with search warrant for his body.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Faced with a search warrant authorizing the police to search his body, Delaney began to comply but then he asked if he was under arrest. The police said no, so Delaney stated that he was not coming with them and began to walk away. The police then handcuffed Delaney and brought him to have his body examined by a forensic dentist. The prosecutor chose to use Delaney's understandable confusion about his rights as proof of guilt. The prosecutor focused on Delaney's reasonable-but-mistaken refusal in his opening, presented evidence of the refusal during the prosecution's case-in-chief, and pounded Delaney during cross-examination with his refusal.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____
This ground is exhausted. It was explicitly objected to at trial and argued to the Supreme Judicial Court.

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☒    No ☐
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☒    No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: Motion for New Trial
   Name and location of the court where the motion or petition was filed: Suffolk Superior Court
   John Adams Courthouse, 14th Floor, Three Pemberton Square, Boston, MA 02108


Docket or case number (if you know): SUCR1996-11860

Date of the court's decision: October 25, 2000

Result (attach a copy of the court's opinion or order, if available): Motion denied. Opinion is attached as appendix to memorandum in support of this petition.

(3) Did you receive a hearing on your motion or petition?

  Yes ☒   No ☐

(4) Did you appeal from the denial of your motion or petition?

  Yes ☒   No ☐ (consolidated with direct appeal)

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☒   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Massachusetts Appeals Court; Massachusetts Supreme Judicial Court, Boston, MA

Docket or case number (if you know): 00-P-775; SJC 09125

Date of the court's decision: July 22, 2003; September 2, 2004 (petition for rehearing denied 9/30/04)

Result (attach a copy of the court's opinion or order, if available): Denial of motion for new trial affirmed; convictions affirmed. Opinions are attached as appendices to memorandum in support of this petition.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Impeachment of Delaney with post-Miranda silence violated Delaney's due process right to fundamental fairness

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The police came to Delaney's workplace to question him about the incident at issue here. Delaney invoked his right to remain silent. At trial, the prosecutor impeached Delaney with: (1) his unwillingness to tell the prosecutor the location of the knife before trial, (2) his failure to tell the police where the knife was when they questioned him, and (3) his failure to show the police pictures of his injuries when they questioned him.

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____
   This ground is exhausted.
_____
_____

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☒   No ☐

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____
_____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ☒   No ☐

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: <u>Suffolk Superior Court</u>
   John Adams Courthouse, 14th Floor, Three Pemberton Square, Boston, MA 02108

   Docket or case number (if you know): <u>SUCR1996-11860</u>

   Date of the court's decision: <u>October 25, 2000</u>

   Result (attach a copy of the court's opinion or order, if available): _____
   Motion denied. Opinion is attached as appendix to memorandum in support of this petition.
_____

   (3) Did you receive a hearing on your motion or petition?

   Yes ☒   No ☐

   (4) Did you appeal from the denial of your motion or petition?

   Yes ☒   No ☐

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☒   No ☐   (consolidated with direct appeal)

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____
   Massachusetts Appeals Court; Massachusetts Supreme Judicial Court, Boston, MA

Page 9

Docket or case number (if you know): 00-P-775; SJC 09125

Date of the court's decision: July 22, 2003; September 2, 2004 (petition for rehearing denied 9/30/04)

Result (attach a copy of the court's opinion or order, if available):
Denial of motion for new trial affirmed; convictions affirmed.
Opinions are attached as appendices to memorandum in support of this petition.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☐    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐    No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

Page 11

**GROUND FOUR:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❑   No ❑

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
   _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ❑   No ❑

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____
   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____
   _____

   (3) Did you receive a hearing on your motion or petition?
       Yes ❑   No ❑

   (4) Did you appeal from the denial of your motion or petition?
       Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏  No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☒  No ❏

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: <u>No.</u>_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ❏  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ☐   No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
    
    _____
    _____
    _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: <u>Roger Witkin, 6 Beacon Street, Boston, MA 02108</u>
    
    (b) At arraignment and plea: <u>Roger Witkin.</u>
    
    (c) At trial: <u>Roger Witkin.</u>
    
    (d) At sentencing: <u>Roger Witkin.</u>
    
    (e) On appeal: <u>David Nathanson, Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108</u>
    
    (f) In any post-conviction proceeding: <u>David Nathanson</u>
    
    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
    David Nathanson

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: <u>N/A</u>

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* <u>This petition is timely filed.</u>

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: discharge him from the custody of the respondent immediately, or in the alternative, order respondent to afford Delaney a new trial.

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)
David Nathanson
Committee for Public Counsel Services
44 Bromfield Street
Boston, MA 02108

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on **06-09-05** (date).

Signature of Petitioner
JOHN DELANEY

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
John Delaney

### DEFENDANTS
James Saba, Superintendent, Northeast Correctional Center

**(b)** County of Residence of First Listed Plaintiff: **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David Nathanson, Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108, 617-482-6212 ext. 8309

Attorneys (If Known)
Thomas Reilly, Attorney General of the Commonwealth of Massachusetts

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☒ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 2254 - Prisoner in custody in violation of the constitution or laws of the United States

Brief description of cause:
Evidence at state trial Petitioner's due process right to fundamental fairness

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: 06/20/2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) John Delaney v. James Saba, Superintendent, Northeast Correctional Center

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

    ☑ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                    YES ☐    NO ☑
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                    YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                    YES ☑    NO ☐

    A.  If yes, in which division do all of the non-governmental parties reside?
        Eastern Division ☑    Central Division ☐    Western Division ☐

    B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
        Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   David Nathanson
ADDRESS   Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108
TELEPHONE NO.   617-482-6212 ext. 8309

(CategoryForm.wpd - 5/2/05)