UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11336-MLW

JOHN DELANEY,
Petitioner

v.

JAMES SABA,
Superintendent, Northeast Correctional Center,
Respondent

## Notice of Filing With Clerk's Office

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Trial Transcript Appendix.

The original documents are maintained in the case file in the Clerk's Office.

        David J. Nathanson
        BBO #633772
        Committee For Public Counsel Services
        44 Bromfield Street
        Boston, MA 02108
        617-988-8309

Date: July 7, 2005