```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JOHN DELANEY,                    )
    Petitioner,                  )
                                  )
       v.                           )  C.A. No. 05-11336-MLW
                                  )
JAMES SABA                       )
    Respondent.                  )

<u>ORDER</u>

WOLF, D.J.                                            October 14, 2005

     Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of the court is hereby ORDERED to serve a copy of the Petition for Writ of Habeas Corpus ("Petition") by mailing copies of the same, certified mail, to the respondent <u>and</u> the Attorney General for the Commonwealth of Massachusetts, Attention: Cathryn Neaves, Chief, Appellate Division, Commonwealth of Massachusetts, Office of the Attorney General, One Ashburton Place, Boston, MA 02108-1598.

     It is further ORDERED that the respondent shall, within twenty (20) days of receipt of this Order, file an answer or other proper responsive pleading to the Petition. This court requests that as part of the response, the respondent file such documents as are necessary to show whether the petitioner exhausted available state remedies with respect to the matters raised by the Petition.

                                                     /s/ MARK L. WOLF
                                                 UNITED STATES DISTRICT JUDGE