UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELANEY )<br>    Petitioner, )<br>)<br>v. )<br>)<br>JAMES SABA )<br>    Respondent. )<br>) | Civil Action No. 05-11336-MLW |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, James Saba.

                                                    Respectfully submitted,

                                                    THOMAS F. REILLY
                                                    ATTORNEY GENERAL

                                                    /s/ Jonathan Ofilos
                                                    Jonathan Ofilos
                                                    Assistant Attorney General
                                                    Criminal Bureau
                                                    One Ashburton Place
                                                    Boston, Massachusetts 02108
                                                    (617) 727-2200, ext. 2634
                                                    BBO # 658091

Dated: November 8, 2005