## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DELANEY | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11336-MLW |
| | ) | |
| JAMES SABA | ) | |
| Respondent. | ) | |

**RESPONDENT JAMES SABA'S ASSENTED TO MOTION FOR ENLARGEMENT OF
TIME TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PETITION FOR
WRIT OF HABEAS CORPUS**

Respondent James Saba, through counsel, respectfully moves this Court to enlarge the
time in which to file an answer or other responsive pleading to the above-captioned petition for
writ of habeas corpus until and including December 12, 2005. The answer is currently due on
November 10, 2005. As grounds therefore, the respondent's attorney states as follows:

1. Rule 5 of the Rules governing Section 2254 Cases in the United States District
   Courts requires the respondent to answer each allegation of the complaint and
   state whether the petitioner has exhausted his available state court remedies. The
   Rule also requires that the respondent indicate what transcripts or parts of state
   court proceedings are available.

2. Additionally, the Court's Order dated October 14, 2005 "requests the Respondent,
   as part of the return, to file such documents which reflect on the issue as to
   whether petitioner(s) exhausted available state remedies with respect to the
   matters raised by the Petition."

3. To this end, the respondent's attorney recently requested the record of the

petitioner's state court proceedings from the Suffolk County District Attorney's office.  The respondent's attorney is currently awaiting receipt of those files of the state court proceeding and will require the additional time to review the state court briefs and prepare an appropriate response to the petition.

4.    No previous application for an enlargement of time to answer or otherwise respond to the petition has been made to the Court.

5.    Pursuant to **L.R. 7.1(A)(2)**, on November 7, 2005, the undersigned counsel conferred with the petitioner's counsel, David Nathanson, Esq., who assented to the relief requested in this motion.

Wherefore, respondent James Saba respectfully requests that the Court enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to December 12, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: November 8, 2005

2