UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DELANEY,<br>　　　　Petitioner,<br><br>v.<br><br>JAMES SABA,<br>　　　　Respondent, | )<br>)<br>)<br>)<br>)　　Civil Action No. 05-11336-MLW<br>)<br>)<br>)<br>) |

**<u>ANSWER</u>**

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner John Delaney.

1. Admitted.

2. Admitted. Answering further the respondent states that the date of petitioner's conviction was January 27, 1999.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. The respondent states that paragraph 12 contains legal arguments and conclusions to which no response is required. To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the state court record and with the facts found by the Massachusetts Supreme Judicial Court in *Commonwealth v. Delaney*, 442 Mass. 604, 814 N.E.2d 346 (2004).

13. Admitted.

14. Admitted.

15. The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 15.

16. Admitted.

17. The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

18. Admitted.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary. Pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Docket sheets, Commonwealth v. John Delaney, SUCR1996-11860.

2. Consolidated Brief and Record Appendix for the Defendant on Appeal to the Massachusetts Appeals Court (2000-P-0775).

3. Brief and Supplemental Appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (2000-P-0775).

4. Reply Brief for Defendant (2000-P-0775).

5. Memorandum and Order pursuant to Rule 1:28 by the Massachusetts Appeals Court.

6. Defendant's application for further appellate review (FAR-13579).

7. *Commonwealth v. Delaney*, 440 Mass. 1103, 797 N.E.2d 379 (2003)(Further Appellate Review Allowed).

8. Supplemental Brief for the Defendant to the Supreme Judicial Court on further appellate review (SJC-09125).

9. Commonwealth's Supplemental Brief to the Supreme Judicial Court on further appellate review (SJC-09125).

10. *Commonwealth v. Delaney*, 442 Mass. 604, 814 N.E.2d 346 (2004).

11. Petition for Rehearing.

12. Denial of Petition for Rehearing.

## **DEFENSES**

1. The petition raises claims that are procedurally defaulted.

2. The petition fails to state a claim upon which habeas corpus relief can be granted.

3. In the alternative, the state court adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: December 12, 2005