UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DELANEY,<br>        Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-11336-MLW |
| JAMES SABA,<br>        Respondent, | )<br>)<br>)<br>) |  |

### ASSENTED TO MOTION FOR A SCHEDULING ORDER

Now comes the respondent, James Saba, with the assent of counsel for the petitioner, and hereby respectfully moves this Court to establish January 13, 2006 as the date for the Respondent to file a Memorandum of Law in Opposition to the Memorandum of Law in Support of the Petition because the petitioner has already filed a Memorandum of Law in Support of his Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set January 13, 2006 as the day the Respondent must file a Memorandum of Law in Opposition thereto.

                                                    Respectfully submitted,

                                                    THOMAS F. REILLY
                                                    ATTORNEY GENERAL

                                                    /s/ Jonathan Ofilos
                                                    Jonathan Ofilos
                                                    Assistant Attorney General
                                                    Criminal Bureau
                                                    One Ashburton Place
                                                    Boston, Massachusetts 02108
                                                    (617) 727-2200, ext. 2634
                                                    BBO # 658091

Dated: December 12, 2005