UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DELANEY,<br>      Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-11336-MLW |
| JAMES SABA,<br>      Respondent, | )<br>)<br>)<br>) |  |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Docket sheets, Commonwealth v. John Delaney, SUCR1996-11860.

2. Consolidated Brief and Record Appendix for the Defendant on Appeal to the Massachusetts Appeals Court (2000-P-0775).

3. Brief and Supplemental Appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (2000-P-0775).

4. Reply Brief for Defendant (2000-P-0775).

5. Memorandum and Order pursuant to Rule 1:28 by the Massachusetts Appeals Court.

6. Defendant's application for further appellate review (FAR-13579).

7. *Commonwealth v. Delaney*, 440 Mass. 1103, 797 N.E.2d 379 (2003)(Further Appellate Review Allowed).

8. Supplemental Brief for the Defendant to the Supreme Judicial Court on further appellate review (SJC-09125).

9. Commonwealth's Supplemental Brief to the Supreme Judicial Court on further appellate review (SJC-09125).

10. *Commonwealth v. Delaney*, 442 Mass. 604, 814 N.E.2d 346 (2004).

11. Petition for Rehearing.

12. Denial of Petition for Rehearing.

The original documents are maintained in the case file in the Clerk's Office.

                                      Respectfully submitted,

                                      THOMAS F. REILLY
                                      ATTORNEY GENERAL

                                      /s/ Jonathan Ofilos
                                      Jonathan Ofilos
                                      Assistant Attorney General
                                      Criminal Bureau
                                      One Ashburton Place
                                      Boston, Massachusetts 02108
                                      (617) 727-2200, ext. 2634
                                      BBO # 658091

Dated: December 12, 2005