UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 2005-CV-11336-MLW

JOHN DELANEY,
Petitioner

v.

JAMES SABA,
Superintendent, MCI-Concord
Respondent

## Petitioner's Assented-To Motion For Permission To File Reply Memorandum In Support Of Petition By March 9, 2006

Now comes the petitioner in the above-entitled actions and respectfully moves this Honorable Court for permission to file the reply memorandum in support of his petition for a writ of habeas corpus by March 9, 2006. As grounds therefore, undersigned counsel for the petitioner states that he has a brief due to the First Circuit in Olszewski v. Spencer, No. 05-1833, on March 2, 2006. That task, combined with counsel's other responsibilities at the Committee for Public Counsel Services, the Massachusetts state public defender agency, prevents counsel from properly attending to this matter before that time. Further extensions will not be needed.

Pursuant to LR 7.1(A)(2) counsel for the petitioner certifies he resolved the above matter with Assistant Attorney General Jonathan Ofilos, who has assented to this motion.

### CONCLUSION

For all the foregoing reasons, the Court should grant the petitioner's motion.

Respectfully submitted,

/S/ David J. Nathanson
David J. Nathanson
BBO #633772
Committee for Public Counsel Services
44 Bromfield Street
Boston, MA 02108

617-988-8309

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the Massachusetts Attorney General, the attorney of record for the respondent by electronic mail on February 8, 2006.

/S/ David J. Nathanson
David J. Nathanson