**United States District Court**
**District of Massachusetts**

**Civil Action No. 05-11336**

John Delaney,
Petitioner

v.

James Saba,
Superintendent, MCI-Concord
Respondent

**Delaney's Motion for Substitution of Institutional Party**

Petitioner Delaney respectfully requests, pursuant to Fed. R. Civ. P. 25(c) and (d), that Linda Bartee, the Superintendent of the Boston Pre-Release Center, be substituted as Respondent in place of the current Respondent, James Saba. As reasons therefore, Delaney states that this action is a petition for habeas corpus which alleges that Delaney is held in custody in violation of the Constitution or laws of the United States. 28 U.S.C. § 2254. At the inception of this action, Delaney was in the custody of Respondent Saba at the Northeast Correctional Center in Concord, Massachusetts. Recently, Delaney has been re-classified to the Boston Pre-Release Center. The Superintendent of the Boston Pre-Release Center is Linda Bartee. Therefore, the proper respondent is now Superintendent Bartee. Such substitution would require no change in counsel for the Respondent, as both are represented by the Office of the Attorney General.

Pursuant to LR 7.1(A)(2) counsel for the petitioner certifies he attempted to resolve the above matter with Assistant Attorney General Jonathan Ofilos. However, Attorney Ofilos is presently out of the office until September 11, 2006.

CONCLUSION

For all the foregoing reasons, the Court should order the substitution of Linda Bartee as Respondent in place of James Saba.

>Respectfully submitted,
>
>/S/ David J. Nathanson_____
>David J. Nathanson
>BBO #633772
>Committee for Public Counsel Services
>44 Bromfield Street
>Boston, MA 02108