UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOHN DELANEY**
        Plaintiff

                       CIVIL ACTION
       V.                NO. 05-11336-MLW

**JAMES SABA**
        Defendant

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's MEMORANDUM AND ORDER dated **JANUARY 24, 2006**, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the **defendants**.

                                       By the Court,

**January 24, 2007**                       /s/ Dennis O'Leary
     Date                             Deputy Clerk

(judge-dis.wpd - 12/98)                                                [jgm.]