UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-11336

JOHN DELANEY,
Petitioner

v.

LINDA BARTEE,
Respondent

NOTICE OF APPEAL

Now comes the petitioner in the above-entitled case and appeals pursuant to Fed. R. App. P. 3 and 4. Pursuant to Fed. R. App. P. 3(c), the petitioner states the following:

(1)   PARTY TAKING APPEAL: Petitioner John Delaney

(2)   JUDGMENT ORDER OR PART THEROF APPEALED: the District Court's (Wolf, J.) memorandum and order dated January 24, 2007 and its judgment dated January 24, 2007 dismissing the Petition for a Writ of Habeas Corpus.

(3)   COURT TO WHICH APPEAL IS TAKEN: United States Court of Appeals for the First Circuit.

Respectfully submitted,
JOHN DELANEY
By his attorney,

/s/ David J. Nathanson
David J. Nathanson
BBO #633772
Committee for Public Counsel Services
44 Bromfield Street
Boston, MA 02108
617-988-8309
dnathanson@publiccounsel.net

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, including Jonathan Ofilos, counsel for the petitioner in this matter. There are no non-registered participants involved in this case.

/s/ David J. Nathanson
David Nathanson