MAR 1 2 2007

AO 240  (Rev. 10/03)

## UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

JOHN DELANEY

Plaintiff

V.

JAMES SABA

Defendant

### APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:  05-11336-MLW

I, _____ JOHN DELANEY _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____ BOSTON PRE-RELEASE CENTER

    Are you employed at the institution?  _NO_  Do you receive any payment from the institution?  _NO_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    " FILTER INC." CHARLESTOWN MA.
    JULY 2002  $385.00 w/k
3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | |
    |---|---|---|
    | a.  Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b.  Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c.  Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d.  Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e.  Gifts or inheritances | ☑ Yes | ☐ No |
    | f.  Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MAR 3 2007

AO 240 Reverse (Rev. 10/03)

I HAVE RECIEVED $2.75 FROM MY BROTHERS AND SISTERS (LAVRA, NOELLA, CHRISTOP
FOR MY CANTEEN ACCOUNT. I DO NOT EXPECT TO RECIEVE ANY
MORE MONEY.

4.  Do you have any cash or checking or savings accounts?        ☑ Yes        ☐ No

If "Yes," state the total amount. $ 1,766.84

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value?        ☐ Yes        ☑ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much
you contribute to their support.

NONE

declare under penalty of perjury that the above information is true and correct.

03-07-07
_____        _____
Date                   Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
ating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer
owing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have
ltiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each
count.

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070214 08:49

| | | | | | | | Page : 1 |
|---|---|---|---|---|---|---|---|
| Commit# : | W65957 | | | **BOSTON PRE-RELEASE** | | | |
| Name : | DELANEY, JOHN, , | | | Statement From | 20060801 | | |
| Inst : | BOSTON PRE-RELEASE | | | To | 20070214 | | |
| Block : | PRE RELEASE 2 | | | | | | |
| Cell/Bed : | B203 /1 | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $4,943.17 | $3,709.63 | $620.80 | $0.00 |
| 20060801 16:44 | IS - Interest | 7082508 | | NEC | | $7.85 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7082509 | | NEC | | $0.00 | $0.00 | $3.85 | $0.00 |
| 20060802 23:20 | PY - Payroll | 7111663 | | NEC | ~20060716 To 20060722 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060802 23:20 | PY - Payroll | 7111664 | | NEC | ~20060716 To 20060722 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060809 22:30 | CN - Canteen | 7142280 | | NEC | ~Canteen Date : 20060809 | $0.00 | $19.05 | $0.00 | $0.00 |
| 20060809 23:15 | TI - Transfer from Institution | 7149125 | | NEC | | $0.00 | $1,232.34 | $0.00 | $0.00 |
| 20060809 23:15 | TI - Transfer from Institution | 7149128 | | BOS | | $0.00 | $0.00 | $633.85 | $0.00 |
| 20060809 23:15 | TI - Transfer from Institution | 7149127 | | NEC | | $0.00 | $0.00 | $0.00 | $633.85 |
| 20060809 23:15 | TI - Transfer from Institution | 7149126 | | BOS | | $1,232.34 | $0.00 | $0.00 | $0.00 |
| 20060809 23:23 | PY - Payroll | 7150815 | | NEC | ~20060723 To 20060729 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060809 23:23 | TI - Transfer from Institution | 7150818 | | NEC | ~Associate Receipt Number is 7150815 | $0.00 | $0.00 | $0.00 | $10.00 |
| 20060809 23:23 | TI - Transfer from Institution | 7150819 | | BOS | ~Associate Receipt Number is 7150815 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060809 23:23 | PY - Payroll | 7150820 | | NEC | ~20060723 To 20060729 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060809 23:23 | TI - Transfer from Institution | 7150816 | | NEC | ~Associate Receipt Number is 7150815 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20060809 23:23 | TI - Transfer from Institution | 7150817 | | BOS | ~Associate Receipt Number is 7150815 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060815 10:32 | EX - External Disbursement | 7170448 | 71328 | BOS | ~CASHBOX | $0.00 | $25.00 | $0.00 | $0.00 |
| 20060815 10:32 | MA - Maintenance and Administration | 7170450 | | BOS | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060816 13:32 | EX - External Disbursement | 7177159 | 71421 | BOS | ~CASHBOX | $0.00 | $25.00 | $0.00 | $0.00 |
| 20060816 22:30 | CN - Canteen | 7177735 | | BOS | ~Canteen Date : 20060816 | $0.00 | $21.29 | $0.00 | $0.00 |
| 20060816 23:22 | PY - Payroll | 7186062 | | NEC | ~20060730 To 20060805 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060816 23:22 | TI - Transfer from Institution | 7186066 | | BOS | ~Associate Receipt Number is 7186062 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060816 23:22 | PY - Payroll | 7186067 | | NEC | ~20060730 To 20060805 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060816 23:22 | TI - Transfer from Institution | 7186065 | | NEC | ~Associate Receipt Number is 7186062 | $0.00 | $0.00 | $0.00 | $10.00 |
| 20060816 23:22 | TI - Transfer from Institution | 7186063 | | NEC | ~Associate Receipt Number is 7186062 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20060816 23:22 | TI - Transfer from Institution | 7186064 | | BOS | ~Associate Receipt Number is 7186062 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060823 22:30 | CN - Canteen | 7210048 | | BOS | ~Canteen Date : 20060823 | $0.00 | $33.62 | $0.00 | $0.00 |
| 20060823 23:20 | PY - Payroll | 7218464 | | NEC | ~20060806 To 20060812 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060823 23:20 | PY - Payroll | 7218469 | | NEC | ~20060806 To 20060812 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060823 23:20 | TI - Transfer from Institution | 7218468 | | BOS | ~Associate Receipt Number is 7218464 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060823 23:20 | TI - Transfer from Institution | 7218467 | | NEC | ~Associate Receipt Number is 7218464 | $0.00 | $0.00 | $0.00 | $10.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070214 08:49

| | | | | | | Page : 2 |
|---|---|---|---|---|---|---|
| Commit# : | W65957 | | | **BOSTON PRE-RELEASE** | | |
| Name : | DELANEY, JOHN, . | | | Statement From | 20060801 | |
| Inst : | BOSTON PRE-RELEASE | | | To | 20070214 | |
| Block : | PRE RELEASE 2 | | | | | |
| Cell/Bed : | B203 /1 | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060823 23:20 | T1 - Transfer from Institution | 7218465 | | NEC | ~Associate Receipt Number is 7218464 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20060823 23:20 | T1 - Transfer from Institution | 7218466 | | BOS | ~Associate Receipt Number is 7218464 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272111 | | BOS | | $7.94 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7272112 | | BOS | | $0.00 | $0.00 | $4.28 | $0.00 |
| 20060906 22:30 | CN - Canteen | 7294072 | | BOS | ~Canteen Date : 20060906 | $0.00 | $20.30 | $0.00 | $0.00 |
| 20060913 22:30 | CN - Canteen | 7339872 | | BOS | ~Canteen Date : 20060913 | $0.00 | $20.26 | $0.00 | $0.00 |
| 20060920 22:30 | CN - Canteen | 7375316 | | BOS | ~Canteen Date : 20060920 | $0.00 | $15.35 | $0.00 | $0.00 |
| 20060927 22:30 | CN - Canteen | 7409978 | | BOS | ~Canteen Date : 20060927 | $0.00 | $11.17 | $0.00 | $0.00 |
| 20061003 16:45 | IS - Interest | 7433547 | | BOS | | $7.11 | $0.00 | $0.00 | $0.00 |
| 20061003 16:45 | IS - Interest | 7433548 | | BOS | | $0.00 | $0.00 | $4.21 | $0.00 |
| 20061011 22:30 | CN - Canteen | 7499933 | | BOS | ~Canteen Date : 20061011 | $0.00 | $10.59 | $0.00 | $0.00 |
| 20061017 10:31 | EX - External Disbursement | 7521694 | 71828 | BOS | ~CASHBOX | $0.00 | $25.00 | $0.00 | $0.00 |
| 20061017 10:31 | MA - Maintenance and Administration | 7521696 | | BOS | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061018 22:30 | CN - Canteen | 7535832 | | BOS | ~Canteen Date : 20061018 | $0.00 | $14.37 | $0.00 | $0.00 |
| 20061024 14:30 | IC - Transfer from Inmate to Club A/c | 7556714 | | BOS | ~MEDICAL~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20061025 22:30 | CN - Canteen | 7570070 | | BOS | ~Canteen Date : 20061025 | $0.00 | $13.12 | $0.00 | $0.00 |
| 20061030 13:38 | EX - External Disbursement | 7582620 | 71939 | BOS | ~CASHBOX | $0.00 | $25.00 | $0.00 | $0.00 |
| 20061101 22:30 | CN - Canteen | 7604951 | | BOS | ~Canteen Date : 20061101 | $0.00 | $11.48 | $0.00 | $0.00 |
| 20061108 22:30 | CN - Canteen | 7645466 | | BOS | ~Canteen Date : 20061108 | $0.00 | $20.04 | $0.00 | $0.00 |
| 20061109 09:41 | ML - Mail | 7648806 | | BOS | ~LAURA DELANEY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20061109 09:41 | MA - Maintenance and Administration | 7648808 | | BOS | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652692 | | BOS | | $6.85 | $0.00 | $0.00 | $0.00 |
| 20061109 17:05 | IS - Interest | 7652693 | | BOS | | $0.00 | $0.00 | $4.35 | $0.00 |
| 20061115 22:30 | CN - Canteen | 7698025 | | BOS | ~Canteen Date : 20061115 | $0.00 | $13.92 | $0.00 | $0.00 |
| 20061121 22:30 | CN - Canteen | 7724664 | | BOS | ~Canteen Date : 20061121 | $0.00 | $7.15 | $0.00 | $0.00 |
| 20061129 22:30 | CN - Canteen | 7763844 | | BOS | ~Canteen Date : 20061129 | $0.00 | $20.14 | $0.00 | $0.00 |
| 20061206 22:30 | CN - Canteen | 7806148 | | BOS | ~Canteen Date : 20061206 | $0.00 | $11.91 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7814213 | | BOS | | $6.08 | $0.00 | $0.00 | $0.00 |
| 20061207 16:34 | IS - Interest | 7814214 | | BOS | | $0.00 | $0.00 | $4.13 | $0.00 |
| 20061213 22:30 | CN - Canteen | 7865603 | | BOS | ~Canteen Date : 20061213 | $0.00 | $12.66 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20070214 08:49

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# : | W65957 | | | | BOSTON PRE-RELEASE | Page : 1 |
| Name : | DELANEY, JOHN, , | | | Statement From | 20060801 | |
| Inst : | BOSTON PRE-RELEASE | | | To | 20070214 | |
| Block : | PRE RELEASE 2 | | | | | |
| Cell/Bed : | B203 /1 | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20061220 22:30 | CN - Canteen | 7904850 | | BOS | ~Canteen Date : 20061220 | $0.00 | $16.87 | $0.00 | $0.00 |
| 20061226 09:58 | ML - Mail | 7922301 | | BOS | ~UNKNOWN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20061226 09:58 | MA - Maintenance and Administration | 7922303 | | BOS | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20061226 10:09 | ML - Mail | 7922457 | | BOS | ~CHRISTOPHER | $25.00 | $0.00 | $0.00 | $0.00 |
| 20061226 10:09 | ML - Mail | 7922459 | | BOS | ~NOELLA | $50.00 | $0.00 | $0.00 | $0.00 |
| 20061228 22:30 | CN - Canteen | 7947223 | | BOS | ~Canteen Date : 20061228 | $0.00 | $5.57 | $0.00 | $0.00 |
| 20070103 22:30 | CN - Canteen | 7975820 | | BOS | ~Canteen Date : 20070103 | $0.00 | $9.38 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7984159 | | BOS | | $6.21 | $0.00 | $0.00 | $0.00 |
| 20070104 16:09 | IS - Interest | 7984160 | | BOS | | $0.00 | $0.00 | $4.28 | $0.00 |
| 20070110 22:30 | CN - Canteen | 8034661 | | BOS | ~Canteen Date : 20070110 | $0.00 | $19.06 | $0.00 | $0.00 |
| 20070117 22:30 | CN - Canteen | 8068604 | | BOS | ~Canteen Date : 20070117 | $0.00 | $6.36 | $0.00 | $0.00 |
| 20070118 10:27 | IC - Transfer from Inmate to Club A/c | 8072454 | | BOS | ~MEDICAL EXPENSES ~MEDICAL CO-PAYMENT - Z4—MEDICAL CO-PAYMENT - Z4 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20070124 22:30 | CN - Canteen | 8103661 | | BOS | ~Canteen Date : 20070124 | $0.00 | $13.35 | $0.00 | $0.00 |
| 20070131 22:30 | CN - Canteen | 8136200 | | BOS | ~Canteen Date : 20070131 | $0.00 | $22.47 | $0.00 | $0.00 |
| 20070205 12:22 | ML - Mail | 8155480 | | BOS | ~NOILLA SHAFFER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070205 12:22 | MA - Maintenance and Administration | 8155482 | | BOS | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070207 22:30 | CN - Canteen | 8179202 | | BOS | ~Canteen Date : 20070207 | $0.00 | $10.35 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8198523 | | BOS | | $6.72 | $0.00 | $0.00 | $0.00 |
| 20070212 16:00 | IS - Interest | 8198524 | | BOS | | $0.00 | $0.00 | $4.27 | $0.00 |
| | | | | | | $1,626.10 | $1,782.17 | $733.22 | $660.85 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1,077.47 | $689.37 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1,077.47 | $689.37 | $0.00 | $0.00 | $0.00 | $0.00 |