UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11336

John Delaney

v.

Linda Bartee

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 3-10, 12-21

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A. Thornton, Clerk of Court

By
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/2/07.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11336-MLW

Delaney v. Saba
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/24/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**John Delaney**　　　　　　　　　　represented by **David J. Nathanson**
　　　　　　　　　　　　　　　　　　　　　　　　　Committee for Public Counsel Services
　　　　　　　　　　　　　　　　　　　　　　　　　44 Bromfield Street
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　　617-988-8309
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-988-8455
　　　　　　　　　　　　　　　　　　　　　　　　　Email: dnathanson@publiccounsel.net
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Linda Bartee**　　　　　　　　　　represented by **Jonathan M. Ofilos**
　　　　　　　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　　　　　　　18th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　　　617-727-2200
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 617-727-5755
　　　　　　　　　　　　　　　　　　　　　　　　　Email: Jonathan.Ofilos@ago.state.ma.us
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*



V.

**Respondent**

**James Saba**　　　　　　　　　　　represented by **Jonathan M. Ofilos**
*Superintendent, Northeast Correctional*　　　　　(See above for address)
*Center*　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
*TERMINATED: 09/24/2006*　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 § 5, receipt number 65200, filed by John Delaney. (Attachments: # 1 Civil Cover Sheet)(Boyce, Kathy) (Entered: 06/28/2005) |
| 06/24/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Boyce, Kathy) (Entered: 06/28/2005) |
| 06/24/2005 | 2 | MEMORANDUM by John Delaney in support of 1 Petition for writ of habeas corpus (28:2254), FILED. (bound volume - not scanned) (Boyce, Kathy) (Entered: 06/28/2005) |
| 07/07/2005 | 3 | NOTICE by John Delaney re 2 Memorandum of Law, 1 Petition for writ of habeas corpus (28:2254) *Paper Filing of Trial Transcript Appendix* (Nathanson, David) (Entered: 07/07/2005) |
| 07/07/2005 | 4 | Trial Transcript/Appendix by John Delaney, FILED. (Boyce, Kathy) (Entered: 07/08/2005) |
| 10/14/2005 | 5 | Judge Mark L. Wolf : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(O'Leary, Dennis) (Entered: 10/17/2005) |
| 10/17/2005 | | Remark - docket entry no 6, entered on 10/1705 deleted as it was mistakenly entered in the wrong case. (O'Leary, Dennis) (Entered: 10/17/2005) |
| 11/08/2005 | 6 | NOTICE of Appearance by Jonathan M. Ofilos on behalf of James Saba (Ofilos, Jonathan) (Entered: 11/08/2005) |
| 11/08/2005 | 7 | Assented to MOTION for Extension of Time to 12/12/2005 to File an Answer or Responsive Pleading by James Saba.(Ofilos, Jonathan) (Entered: 11/08/2005) |
| 11/10/2005 | | Judge Mark L. Wolf : ElectronicORDER entered granting 7 Motion for Extension of Time by D. O'Leary Deputy Clerk. (O'Leary, Dennis) (Entered: 11/10/2005) |
| 12/12/2005 | 8 | Answer/Response to Petition for Habeas Corpus - 2254 (Ofilos, Jonathan) Modified on 12/27/2005 to modify the name of event used when e-filed (Boyce, Kathy). (Entered: 12/12/2005) |
| 12/12/2005 | 9 | Recommendations for Scheduling Order. (Ofilos, Jonathan) (Entered: 12/12/2005) |
| 12/12/2005 | 10 | NOTICE by James Saba *of Filing Supplemental Answer with Clerk's Office* (Ofilos, Jonathan) (Entered: 12/12/2005) |
| 12/13/2005 | 11 | SUPPLEMENTAL ANSWER to 1 Petition for writ of habeas corpus (28:2254) by James Saba, FILED. (bound volume - not scanned) (Boyce, Kathy) (Entered: 12/13/2005) |

| | | |
|---|---|---|
| 12/15/2005 | | Judge Mark L. Wolf : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 9 Recommendations for Scheduling Order. ALLOWED.(O'Leary, Dennis) (Entered: 12/22/2005) |
| 12/27/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 8, Answer/Response to 2254 Petition corrected because: to correct the name of the event used when previously e-filed from Answer to Complaint to Answer/Response to Petition for Habeas Corpus-2254 (Boyce, Kathy) Modified on 1/4/2006 (Boyce, Kathy). (Entered: 12/27/2005) |
| 01/13/2006 | 12 | MEMORANDUM OF LAW by James Saba. (Ofilos, Jonathan) (Entered: 01/13/2006) |
| 02/08/2006 | 13 | Assented to MOTION for Extension of Time to 3/9/2006 to File Response/Reply *in Support of Petition* by John Delaney.(Nathanson, David) (Entered: 02/08/2006) |
| 02/09/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 13 Assented to MOTION for Extension of Time to 3/9/2006 to File Response/Reply *in Support of Petition* (O'Leary, Dennis) (Entered: 02/09/2006) |
| 03/09/2006 | 14 | *Memorandum in* Response by John Delaney to 12 Memorandum of Law *of Respondent in Opposition to Petition for Writ of Habeas Corpus*. (Nathanson, David) (Entered: 03/09/2006) |
| 09/06/2006 | 15 | MOTION to Substitute Party by John Delaney.(Nathanson, David) (Entered: 09/06/2006) |
| 09/24/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 15 Motion to Substitute Party. Linda Bartee rep by Jonathan M. Ofilos added. James Saba terminated (O'Leary, Dennis) (Entered: 09/26/2006) |
| 01/24/2007 | 16 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER. As Delaney's first claim is without merit and his second isprocedurally defaulted, his petition for habeas corpus is hereby DENIED. (O'Leary, Dennis) (Entered: 01/25/2007) |
| 01/25/2007 | 17 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff(O'Leary, Dennis) (Entered: 01/25/2007) |
| 02/22/2007 | 18 | NOTICE OF APPEAL as to 17 Judgment, 16 Memorandum & ORDER by John Delaney NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/14/2007. (Nathanson, David) Modified on 3/7/2007 (Diskes, Sheila). (Entered: 02/22/2007) |
| 02/23/2007 | 19 | MOTION for Certificate of Appealability by John Delaney.(Nathanson, David) Modified on 2/23/2007: Motion re-filed by atty as Document No. 20 as this document contained typographical errors. (Boyce, Kathy). (Entered: 02/23/2007) |

| 02/23/2007 | 20 | Amended MOTION for Certificate of Appealability by John Delaney. (Nathanson, David) (Entered: 02/23/2007) |
| --- | --- | --- |
| 02/23/2007 |  | Motion terminated: 19 MOTION for Certificate of Appealability filed by John Delaney terminated as moot as motion has been corrected and re-filed as Document N0. 20 (Boyce, Kathy) (Entered: 02/23/2007) |
| 03/14/2007 | 21 | MOTION for Leave to Appeal in forma pauperis by John Delaney. (Nathanson, David) (Entered: 03/14/2007) |