```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

JOHN DELANEY,                 )
          Petitioner,         )
                              )         C.A. No.  05-11336-MLW
     v.                       )
                              )
LINDA BARTEE,                 )
          Respondent.         )
```

## ORDER

WOLF, D.J.

Petitioner John Delaney filed a Motion for Leave to Appeal *in forma pauperis* accompanied by his inmate account statement. He avers that he is unemployed at the Boston Pre-Release Center, and that he has no other assets or income apart from nominal gifts from family members, which he does not expect to receive in the future, and $1,766.84 in his personal and savings inmate accounts.

In view of the funds in petitioner's inmate accounts, petitioner possesses sufficient funds from which to pay the $455.00 appellate filing and docketing fees. Although this amount constitutes approximately 25% of petitioner's assets, petitioner still has substantial funds remaining in his inmate account from which he could purchase necessities.  Thus, it is unlikely that petitioner would be forced to forego the necessities of life in order to pursue his § 2254 habeas appeal.

Accordingly, petitioner's Motion for Leave to Appeal *in forma pauperis* (Docket No. 21) is hereby DENIED.  Petitioner shall pay the appellate filing fee within thirty (30) days of the

date of this Memorandum and Order unless otherwise ordered by the United States Court of Appeals for the First Circuit.

                                         /s/ Mark L. Wolf
                                         UNITED STATES DISTRICT JUDGE
DATED: April 11, 2007